### ZELIHA SELIMOGLU *v.* MALY PHIMVONGSA ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 119 Conn. App. 645 (AC 30607), is denied.

*Bozena Wysocki,* in support of the petition.

*Kenneth J. Mastroni,* in opposition.

Decided April 14, 2010